**Order entered January 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00351-CV

## TARRANT COUNTY COLLEGE DISTRICT, Appellant

## V.

## AMANDA SIMS, Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-18217

## ORDER

Before the Court is amicus Human Rights Campaign's January 6, 2021 Motion for Leave to Participate in Oral Argument. Appellee has agreed to cede a portion of her time to amicus. Appellant opposes this request.

Appellant's response, if any, shall be filed on or before **2 P.M.** on **JANUARY 8, 2021.**

/s/ DAVID J. SCHENCK
   PRESIDING JUSTICE